AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

**WESTERN DISTRICT OF KENTUCKY**

FILED
DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

2007 JUL 25 PM 1:00

UNITED STATES OF AMERICA

V.

Arik O. Lane
Eddie Jones, III
Maurice V. Dyal
Shanta Larkin
Wilbert Williams
Jameshia Mack

**CRIMINAL COMPLAINT**

CASE NUMBER: 3:07MJ-258-ERG

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about July 24, 2007, in Jefferson County, Kentucky in the Western District of Kentucky defendant, Arik O. Lane, Eddie Jones, III, Maurice V. Dyal, Shanta Larkin, Wilbert Williams, and Jameshia Mack conspired to commit bank fraud in violation of Title 18, United States Code, Section 1349, and committed aggravated identity theft in violation of Title 18, United States Code, Section 1028A.

I further state that I am a Special Agent with United States Secret Service and that this complaint is based on the following facts:

See attached Affidavit.

Continued on the attached sheet and made a part hereof:   X Yes

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

7-25-07
Date

at Bowling Green, Kentucky

E. Robert Goebel, United States Magistrate Judge
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

## AFFIDAVIT

I, Robert E. Jones, being first duly sworn, depose and state:

1. I am a Special Agent of the United States Secret Service and have been so employed since September 2002. I am currently assigned to the Louisville Field Office. Among my duties are the investigation of bank fraud and counterfeit checks.

2. I am currently involved in an investigation of Arik O. LANE, Eddie JONES III, Maurice V. DYAL, Shanta LARKIN, Wilbert WILLIAMS, and Jameshia MACK for violations of Title 18, United States Code, Section 1349 (Conspiracy to Commit Bank Fraud) and Section 1028 (a) Aggravated Identity Theft. This investigation is in collaboration with the Louisville(Kentucky) Metro Police Department. This Affidavit is made in support of a Criminal Complaint related to the investigation of Arik O. LANE, Eddie JONES III, Maurice V. DYAL, Shanta LARKIN, Wilbert WILLIAMS, and Jameshia MACK. Since this Affidavit is being submitted for the purposes of securing a Criminal Complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts I believe are necessary to establish probable cause to believe that violations of Title 18, United States Code, Sections 1349 and 1028(a) have been committed by Arik O. LANE, Eddie JONES III, Maurice V. DYAL, Shanta LARKIN, Wilbert WILLIAMS, and Jameshia MACK.

3. On July 24, 2007, The Louisville Metro Police Department 4th Division flex platoon was conducting a knock and talk on room 311, Best Western Ashton Inn and Suites, 653 Phillips Ln. Louisville, KY. The knock and talk was based on information from a hotel employee regarding suspicion of drug use by multiple occupants of a blue Ford Expedition SUV that had been seen coming and going from the hotel that day. A check of the hotel registry by LMPD detectives revealed the blue Ford Expedition was registered to room 311.

4. While conducting the knock and talk on room 311 the room door was opened by Arik O. LANE. The detectives explained the nature of their inquiry and were given written consent to enter room 311 by LANE. Initially, a small amount of marijuana was located, followed by the discovery of what appeared to be stolen commercial checks, counterfeit commercial checks, numerous identification cards from several states, large amounts of cash, and equipment and materials indicative in nature to the illegal manufacture of counterfeit checks. Also located in room 311 were several other electronic key cards for other rooms on the same floor as room 311. These keys were determined to be room keys for room 313 and room 316 of the Best Western Ashton Inn and Suites, 653 Phillips Lane, Louisville, Kentucky.

5. Thereafter on July 24, 2007, Detectives of the Louisville Metro Police Department 4th Division flex platoon notified me of their findings. Upon arriving at the scene, investigators obtained a state search warrant for rooms 313 and 316 and the blue Ford Expedition. Execution of the search warrant for rooms 313 and 316 revealed numerous other identification cards and papers that contained identification data such as medical and bank records.

6. The search warrant was later executed on the blue Ford Expedition, which returned to the hotel parking lot while law enforcement officers were searching room 311. Found occupying the vehicle were Eddie JONES III, Maurice V. DYAL, Shanta LARKIN, Wilbert WILLIAMS, and Jameshia MACK. The search of the vehicle revealed several other identification cards with various names.

7. On July 25, 2007, investigators transported all involved parties, to include Arik O. LANE, Eddie JONES III, Maurice V. DYAL, Shanta LARKIN, Wilbert WILLIAMS, and Jameshia MACK. to the United States Secret Service Field Office, 600 Dr. Martin Luther King Jr. Pl. Louisville, KY. 40202

8. Also on April 25, 2007, Arik O. LANE provided a written statement to the affiant regarding his involvement in this fraudulent scheme. LANE stated that he was the one who arranged for all involved to travel from Tampa, Florida to Louisville, Kentucky. LANE further stated that it was he who had the knowledge of the manufacturing process and the material and identification documents needed in order to facilitate this scheme. LANE stated that he would steal mail from mailboxes in order to locate information needed to manufacture the checks, to include routing numbers, issuing bank information and payee signatures. LANE also stated that the role of the other five individuals was to negotiate the counterfeit checks at various local banks. LANE stated that he would print approximately 30 checks on an evening before he would send the "mules" out to negotiate the checks. These checks generally would be approximately $3200.00, $2900.00, and $1900.00 a piece. Each individual would be given an identification card of an actual person that looked similar to him or her and a check to negotiate. LANE stated that this would occur all day until the banks closed some time around 4:30 p.m. All proceeds would then be brought back to him at the hotel and divided among those involved based on how involved in the days activities they were.

9. Wherefore, based on the above facts and all of the information set forth in this Affidavit, I, as Affiant, respectfully submit that there is probable cause that Arik O. LANE, Eddie JONES III, Maurice V. DYAL, Shanta LARKIN, Wilbert WILLIAMS, and Jameshia MACK violated Title 18, United States Code, Section 1349 (Conspiracy to Commit Bank Fraud) and Section 1028(a) Aggravated Identity Theft.

10. In consideration of the foregoing, I respectfully request that this Court issue a Criminal Complaint and Arrest Warrant for Arik O. LANE, Eddie JONES III, Maurice V. DYAL, Shanta LARKIN, Wilbert WILLIAMS, and Jameshia MACK

7/25/07
Date

Robert E. Jones
Special Agent
United States Secret Service

7.25.07
Date

E. Robert Goebel
United States Magistrate Judge
Western District of Kentucky

2